The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EDWARD JOHN KOWAL,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>ZVUE CORPORATION, a Delaware Corporation,<br><br>　　　　　　　Defendant(s). | CASE NO.  C08-108RSL<br><br>PLAINTIFF EDWARD JOHN KOWAL'S RENEWED MOTION TO AMEND MINUTE ORDER SETTING TRIAL DATE & RELATED DATES TO ALLOW JOINDER OF ADDITIONAL PARTIES AND MOTION FOR LEAVE TO SERVE AND FILE AMENDED COMPLAINT<br><br>**NOTE ON MOTION CALENDAR: JULY 11, 2008** |

I.   RELIEF REQUESTED

Plaintiff Edward John Kowal moves the court to amend the Minute Order Setting Trial Date & Related Dates ("Minute Order") to allow joinder of additional parties additional parties and that the Court allow plaintiff leave to serve and file

PLAINTIFF'S RENEWED MOTION TO AMEND
MINUTE ORDER SETTING TRIAL DATE & RELATED DATES
TO ALLOW JOINDER ADDITIONAL PARTIES AND
MOTION FOR LEAVE TO SERVE AND FILE
AMENDED COMPLAINT - 1

HELSELL
FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

an amended complaint naming additional defendants and striking the claim for injunctive relief.[1]

## II.   STATEMENT OF FACTS

The Court's March 27, 2008 Minute Order date sets the deadline for joining additional parties at April 24, 2008. By this motion, plaintiff requests that the court amend the deadline for joining additional parties to allow plaintiff Edward John Kowal ("Mr. Kowal") to join additional parties as defendants to this action. Mr. Kowal's original intention was to only bring this action against the ZVUE Corporation ("ZVUE"). However, recent developments lead Mr. Kowal to believe that ZVUE may not be in sound financial health and may be unable to pay any judgment resulting from this lawsuit. These recent developments include:

(1) May 15, 2008 ZVUE Corporation, Quarterly Report (Form 10-Q). This report reflects a net operating loss of $7,559,000 for the first quarter of 2008. Kinstler Declaration, Exhibit A.

(2) April 23, 2008 Business Wire article. ZVUE has received a delisting warning letter from the NASDAQ Stock Market due to its common stock closing below bid price per share requirements. Kinstler Decl., Exhibit B.

---

[1] This motion was originally filed on May 19, 2008, but by agreement of the parties the motion was withdrawn when the parties agreed to participate in a mediation. Unfortunately, after a full-day mediation with Carolyn Cairns of the Stokes Lawrence firm, the parties were not able to settle the case. This renewed motion is essentially identical to the prior motion.

PLAINTIFF'S RENEWED MOTION TO AMEND
MINUTE ORDER SETTING TRIAL DATE & RELATED DATES
TO ALLOW JOINDER ADDITIONAL PARTIES AND
MOTION FOR LEAVE TO SERVE AND FILE
AMENDED COMPLAINT - 2

HELSELL
FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

(3) April 3, 2008 ZVUE Corporation press release. Report of Independent Registered Public Accounting Firm expresses doubt about the ability of ZVUE to continue as a going concern. Kinstler Decl., Exhibit C.

Mr. Kowal wishes to join as defendants Jeff Oscodar, the President and Chief Executive Officer of ZVUE; Carl Page, the Chief Technology Officer of ZVUE; and Bill Bush, former Chief Financial Officer of ZVUE (heretofore collectively referred to as "the officers"). These individuals were all officers of ZVUE at the time of the issues in this case involving withholding of the contractually agreed upon wages that would be paid to Mr. Kowal, and therefore face individual liability for withholding wages contrary to Washington law.

### III. STATEMENT OF ISSUES

The following issues are presented for resolution by the court:

1) Should the court grant Mr. Kowal's motion to amend the Minute Order to allow joinder of additional parties and striking the claim for injunctive relief?

2) Should the court grant Mr. Kowal's motion for leave to file an amended complaint where Mr. Kowal seeks to join as defendants the officers who may also be liable to Mr. Kowal for the same claims Mr. Kowal has against ZVUE and where ZVUE may not have the financial resources to pay any judgments awarded to Mr. Kowal in this action?

### IV. EVIDENCE RELIED UPON

The pleadings and files herein, the Declaration of Andrew J. Kinstler and

PLAINTIFF'S RENEWED MOTION TO AMEND
MINUTE ORDER SETTING TRIAL DATE & RELATED DATES
TO ALLOW JOINDER ADDITIONAL PARTIES AND
MOTION FOR LEAVE TO SERVE AND FILE
AMENDED COMPLAINT - 3

HELSELL
FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

the attached exhibits:

    Exhibit A:    May 15, 2008 ZVUE Corporation, Quarterly Report (Form 10-Q);

    Exhibit B:    April 3, 2008 ZVUE Corporation press release;

    Exhibit C:    April 23, 2008 Business Wire article discuss ZVUE receiving delisting warning letter from NASDAQ.

## V.    LEGAL AUTHORITY

Mr. Kowal's motion for leave to file an amended complaint is made pursuant to CR 15(a), which provides in pertinent part that "a party may amend the party's pleading only by leave of court … and leave shall be freely given when justice so requires." The interests of justice would be served by the court granting Mr. Kowal leave to file an amended complaint to join the officers as defendants where ZVUE may be unable to pay any judgment rendered against it, where Washington law specifically allows for officer liability and where common facts underlie all of these claims.

A. <u>Corporate Officers Are Individually Liable To Employees For Unlawfully Withholding Wages.</u>

Corporate officers are liable under Washington law for an illegal withholding of wages:

> Any employer and any officer … of any employer who shall violate any of the provisions of subdivisions (1) and (2) of RCW 49.52.050 [regarding withholding of wages] shall be liable in a civil action by the aggrieved employee or his assignee to judgment for twice the amount of the wage unlawfully rebated or withheld by way of

PLAINTIFF'S RENEWED MOTION TO AMEND
MINUTE ORDER SETTING TRIAL DATE & RELATED DATES
TO ALLOW JOINDER ADDITIONAL PARTIES AND
MOTION FOR LEAVE TO SERVE AND FILE
AMENDED COMPLAINT - 4

HELSELL
FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

exemplary damages, together with costs of suit and a reasonable sum of attorney's fees....

RCW 49.52.070. Under this statute, the officer defendants will be liable for double damages if Mr. Kowal can show at trial that they unlawfully withheld wages from him. While Mr. Kowal hoped when he initiated this action that he could pursue his claims against ZVUE alone, changes in circumstances described above dictate that he now pursue his claims against the individual officers of ZVUE who may also be liable for the underlying claims under RCW 49.52.070. The officers should be joined as defendants in this action, rather than in a separate action involving the same facts. For this reason, Mr. Kowal requests leave to serve and file an amended complaint joining the identified officers as defendants.

B. <u>The Minute Order Should Be Amended To Allow Joinder Of The Officer Defendants.</u>

The facts surrounding this present motion support an order by the court granting leave to amend the Minute Order. This case is in its early stages. No discovery has been conducted as yet. No depositions have been taken. There will be no prejudice to the officer defendants to add them at this time. Finally, the deadline for adding additions parties just passed three weeks before this motion was initially filed. For these reasons, plaintiff requests that the Minute Order be amended to allow joinder of the officer defendants.

PLAINTIFF'S RENEWED MOTION TO AMEND
MINUTE ORDER SETTING TRIAL DATE & RELATED DATES
TO ALLOW JOINDER ADDITIONAL PARTIES AND
MOTION FOR LEAVE TO SERVE AND FILE
AMENDED COMPLAINT - 5

HELSELL
FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

### C. Justice Requires That The Complaint Be Amended And That The Officers Be Joined As Defendants, And That The Claim For Injunctive Relief Be Withdrawn.

The recent developments cast serious doubt on the financial health of ZVUE and Mr. Kowal's prospects of recovering any judgment he may obtain as a result of this lawsuit. Without the opportunity to also obtain a judgment against the officers, Mr. Kowal may never be justly compensated for his damages given ZVUE's financial condition. Further, Mr. Kowal is no longer seeking injunctive relief requiring ZVUE to issue stock to him, since that stock has lost most of its market value. For these reasons, the court should grant Mr. Kowal's motion to amend the Minute Order and motion for leave to serve and file an amended complaint.[2]

### VI.   PROPOSED ORDER

A proposed order granting the relief requested accompanies this motion. A copy of the proposed order is attached, unsigned and denominated "Order Granting Amendment to the Minute Order Setting Trial Date & Related Dates and Leave to Serve and File Amended Complaint".

### VII.   CONCLUSION

For the reasons set forth above, plaintiff requests leave to serve and file the accompanying Amended Complaint adding the identified corporate officers as individual defendants.

---

[2] The Amended Complaint also clarifies in various places that "Handheld Entertainment, Inc." is now called ZVUE. This is a non-substantive, clarifying amendment.

PLAINTIFF'S RENEWED MOTION TO AMEND
MINUTE ORDER SETTING TRIAL DATE & RELATED DATES
TO ALLOW JOINDER ADDITIONAL PARTIES AND
MOTION FOR LEAVE TO SERVE AND FILE
AMENDED COMPLAINT - 6

HELSELL
FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

DATED at Seattle, Washington this 30th day of June, 2008.

By _____
Andrew J. Kinstler, WSBA #12703
Attorney for Plaintiff Edward John Kowal

PLAINTIFF'S RENEWED MOTION TO AMEND
MINUTE ORDER SETTING TRIAL DATE & RELATED DATES
TO ALLOW JOINDER ADDITIONAL PARTIES AND
MOTION FOR LEAVE TO SERVE AND FILE
AMENDED COMPLAINT - 7

HELSELL
FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EDWARD JOHN KOWAL,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>ZVUE CORPORATION, a Delaware Corporation,<br><br>                    Defendant(s). | CASE NO. C08-108RSL<br><br>ORDER GRANTING AMENDMENT TO MINUTE ORDER SETTING TRIAL DATE & RELATED DATES AND LEAVE TO SERVE AND FILE AMENDED COMPLAINT<br><br>PROPOSED |

THIS MATTER came before the Court on the plaintiff's motion to amend the Minute Order Setting Trial Date & Related Dates and motion for leave to serve and file the amended complaint because additional parties should be joined as defendants to ensure that plaintiff has opportunity to receive payment for damages he may be awarded in this action and because plaintiff should be allowed to withdraw his claim for injunctive relief. The Court, having considered the pleadings filed in this action, it is hereby Ordered that:

PROPOSED ORDER GRANTING AMENDMENT
TO MINUTE ORDER SETTING TRIAL DATE & RELATED DATES
AND LEAVE TO SERVE AND FILE AMENDED COMPLAINT - 1

HELSELL
FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

1. The Minute Order Setting Trial Date & Related Dates is amended to allow joinder of additional parties as defendants.

2. Mr. Kowal is granted leave to serve and file the proposed Amended Complaint naming additional parties as defendants, striking the claim for injunctive relief, and making clarifying changes regarding the identity and name of the corporate defendant.

DATED at Seattle, Washington this _____ day of May 2008.

By_____
Robert S. Lasnik, Judge

Presented by:
Helsell Fetterman LLP

By _____
Andrew Kinstler, WSBA #12703
Attorney for Plaintiff Edward John Kowal

PROPOSED ORDER GRANTING AMENDMENT
TO MINUTE ORDER SETTING TRIAL DATE & RELATED DATES
AND LEAVE TO SERVE AND FILE AMENDED COMPLAINT - 2

HELSELL
FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM